**Reginald Lee ROGERS, Sr.,**
**Plaintiff—Appellant,**

v.

**Donnie ROWE, Sergeant of Detectives,**
**Defendant—Appellee.**

No. 08–6098.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 29, 2008.

Reginald Lee Rogers, Sr., Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Reginald Lee Rogers, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rogers' motions for appointment of counsel, and affirm for the reasons stated by the district court. *Rogers v. Rowe*, No. 1:07–cv00821–JAB–RAE (M.D.N.C. Dec. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*